IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODNEY E. CALLAHAN,

          Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

          Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2590

_____/

Opinion filed November 10, 2014.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Rodney E. Callahan, pro se, Appellant.

Sarah J. Rumph, General Counsel, Tallahassee, for Appellee.

PER CURIAM.

          AFFIRMED.

LEWIS, C.J., VAN NORTWICK and SWANSON, JJ., CONCUR.